

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00635-CV

**IN RE E.F., J.P.V., V.J.V., AND R.J.V., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01049
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The court reporter's request for additional time to file the reporter's record is granted. We order the court reporter, Elva G. Chapa, to file the reporter's record by October 8, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court